UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BERMAN,<br><br>           Plaintiff,<br><br>      v.<br><br>CIRCUIT COURT OF MONTGOMERY COUNTY MARYLAND,<br><br>           Defendant. | No.  1:16-cv-854 DAD-BAM<br><br>**ORDER GRANTING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS**<br><br>**ORDER DENYING REQUEST TO UTILIZE ELECTRONIC FILING SYSTEM WITHOUT PREJUDICE**<br><br>**(Docs. 2, 3)** |

   Plaintiff is proceeding pro se and has requested leave to proceed in forma pauperis pursuant to Title 28 of the United States Code section 1915(a).  Plaintiff has made the showing required by section 1915(a), and accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

   Plaintiff is advised that the Court is required to screen complaints of pro se litigants pursuant to Title 28 of the United States Code section 1915A(a).  The Court must dismiss a complaint or portion thereof if the litigant has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant(s) who is immune from such relief.  28 U.S.C. § 1915A(b)(1)&(2).  As a result, summonses will not issue at this time.  The Court will direct the United States Marshal to serve Plaintiff's complaint only after the Court has screened the complaint and determined that it

contains cognizable claims for relief against the named defendants. The Court has a large number of such cases pending before it and will screen Plaintiff's complaint in due course.

Plaintiff has also filed a request for permission to utilize the Court's electronic filing ("ECF") system. (Doc. 3). The local rules of this court provide that "[a]ny person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." E. D. Cal. L. R. 133(b)(2). Requests to use electronic filing may be submitted as written motions setting out an explanation of reasons for the requested exception. E. D. Cal. L. R. 133(b)(3). As stated above, Plaintiff's complaint is subject to screening by the Court. Until such time as the Plaintiff is found to state a cognizable claim, Plaintiff will be denied electronic filing status. Accordingly, the request to file electronically is DENIED without prejudice.

Finally, the Clerk of the Court is directed to mail a Consent to Magistrate Jurisdiction Form to Plaintiff. Plaintiff shall complete the form and advise the Court whether or not she will consent to Magistrate Judge jurisdiction no later than **July 26, 2016**.

Failure to complete the form may result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **July 5, 2016**                           /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE