UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BERMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CIRCUIT COURT OF MONTGOMERY COUNTY MARYLAND,<br><br>　　　　Defendant. | No. 1:16-cv-00854-DAD-BAM<br><br>Appeal No. 17-15228<br><br><u>ORDER REVOKING IN FORMA PAUPERIS STATUS</u> |

Plaintiff John Berman is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This court dismissed the complaint in this action without leave to amend due to plaintiff's failure to state a claim, because plaintiff sought to impose liability on the Circuit Court of Maryland, which is immune from suit under the Eleventh Amendment and which is also not "a person" who can be held liable under § 1983. (Doc. Nos. 5 at 5, 11). Plaintiff has filed a notice of appeal. (Doc. No. 13.)

On February 8, 2017, the Ninth Circuit Court of Appeals referred the matter back to this court for the limited purpose of determining whether in forma pauperis status should continue for the appeal or whether the appeal is frivolous or taken in bad faith, under 28 U.S.C. § 1915(a)(3). (Doc. No. 16.) "An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). Revocation of in forma

1

pauperis status is appropriate when a district court finds an appeal to be frivolous. *Hooker v. American Airlines*, 302 F.3d 1091, 1091–92 (9th Cir. 2002).

For the reasons stated in the July 11, 2016 findings and recommendations (*see* Doc. No. 5) and adopted in full on January 6, 2017 (Doc. No. 11), the court finds that the instant appeal is frivolous. Plaintiff's § 1983 suit against the Circuit Court of Maryland is not cognizable as a matter of law, and the law is clear that the Circuit Court of Maryland is a state entity not subject to suit under § 1983 and immune from suit under the Eleventh Amendment. *See Will v. Mich. Dept. of State Police*, 491 U.S. 58 (1989); *Simmons v. Sacramento Cty. Superior Court*, 318 F.3d 1156, 1161 (9th Cir. 2003).

The court therefore certifies that plaintiff's appeal is not taken in good faith, and concludes that plaintiff's in forma pauperis status should not continue for purposes of the appeal.

Accordingly,

1. The appeal is declared frivolous and not taken in good faith;
2. Plaintiff's in forma pauperis status is revoked;
3. Pursuant to 28 U.S.C. § 1915(a)(3), plaintiff is not entitled to proceed in forma pauperis in Appeal No. 17-15228, filed February 6, 2017;
4. Pursuant to Federal Rule of Appellate Procedure 24(a)(4), this order serves as notice to the parties and the United States Court of Appeals for the Ninth Circuit of the finding that Plaintiff is not entitled to proceed in forma pauperis for this appeal; and
5. The Clerk of the Court is directed to serve a copy of this order on plaintiff and the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated: **March 1, 2017**

UNITED STATES DISTRICT JUDGE